UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LORENZO LAMAR KELLON                                                    PETITIONER
ADC # 165224

VS.                      NO. 5:18-CV-00165-JM-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Default Judgment (*Doc. 20*) is DENIED.

DATED this 6th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE