UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LORENZO LAMAR KELLON                                        PETITIONER
ADC # 165224

V.                          NO. 5:18-cv-00165-JM

WENDY KELLEY, Director,
Arkansas Department of Correction                           RESPONDENT

## JUDGMENT

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, with prejudice.

DATED this 3rd day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE